UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                               :

SHOU XU,                                   :

                        Plaintiff,    :

                                   :           23 Civ. 6301 (LGS)

           -against-         :

                                   :              ORDER

ATTORNEY GENERAL MERRICK B.    :
GARLAND, et al.,               :

                                   :

                      Defendants. :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS on July 20, 2023, the Complaint for a Writ of Mandamus was filed.  It is

hereby

      **ORDERED** that the Government shall, by **September 8, 2023**, file a memorandum in

opposition to the request for a writ of mandamus.  The memorandum shall not exceed fifteen

pages.  Plaintiff shall, by **September 22, 2023**, file a reply memorandum that shall not exceed ten

pages.  The memoranda and other materials shall otherwise comply with the Court's Individual

Rules.


Dated: August 8, 2023
      New York, New York

                                           LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE