UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
SHOU XU,

                             Plaintiff,

          -against-

ATTORNEY GENERAL MERRICK B. GARLAND, et al.,

                           Defendants.
------------------------------------------------------------X

23 Civ. 6301 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS the August 8, 2023, Order instructed the Government to file a memorandum in opposition to Plaintiff's petition for a writ of mandamus by September 8, 2023. Plaintiff was directed to file a reply by September 22, 2023;

WHEREAS, the Government has not filed its memorandum in opposition. It is hereby

**ORDERED** that the Government shall file its memorandum in opposition by **September 15, 2023.** If the Government files a memorandum in opposition, Plaintiff shall file its reply by **September 29, 2023**. If the Government does not file a memorandum in opposition, Plaintiff's petition for a writ of mandamus will be treated as unopposed.

Dated: September 11, 2023
       New York, New York

                                          LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE